November 22, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

CITY OF HOUSTON, SYLVESTER TURNER, KELLY DOWE, CHRIS BROWN, BRENDA STARDIG, JERRY DAVIS, ELLEN COHEN, DWIGHT BOYKINS, DAVE MARTIN, STEVE LE, GREG TRAVIS, KARLA CISNEROS, ROBERT GALLEGOS, MIKE LASTER, LARRY GREEN, MIKE KNOX, DAVID ROBINSON, MICHAEL KUBOSH, AMANDA EDWARDS, AND JACK CHRISTIE, Appellants

NO. 14-15-00865-CV            V.

HOUSTON MUNICIPAL EMPLOYEE PENSION SYSTEM, Appellee

_____

This cause, an appeal from the denial of appellants', the City of Houston's and the City officials', plea to the jurisdiction in favor of appellee, Houston Municipal Employee Pension System (HMEPS), signed October 9, 2015, was heard on the transcript of the record. We have inspected the record and find error in the judgment.

We therefore **REVERSE** the trial court's denial of appellants' plea to the jurisdiction with regard to HMEPS's mandamus claims against the City of Houston alleging failures to comply and seeking to compel compliance with article 6243h. We **RENDER** judgment dismissing these claims.

We **REVERSE** the trial court's denial of appellants' plea with regard to HMEPS's mandamus claims against the City officials to the extent that HMEPS alleges failures to comply with section 8 of article 6243h or the July 2011 meet-and-confer agreement and **REMAND** with instructions for the trial court to provide HMEPS a reasonable opportunity to properly plead *ultra vires* claims against the City officials.

We **AFFIRM** the trial court's denial of appellants' plea with regard to HMEPS's mandamus claims against the City officials alleging failures to comply with section 2(u) of article 6243h.

We **AFFIRM** the trial court's denial of appellants' plea with regard to HMEPS's mandamus claim against the City of Houston alleging failure to comply and seeking to compel compliance with the TPIA.

We **REVERSE** the trial court's denial of appellants' plea with regard to HMEPS's mandamus claims against defendants other than the City of Houston or the City's officer for public information alleging failures to comply and seeking to compel compliance with the TPIA. We **RENDER** judgment dismissing these claims.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.